ANDRE SHIPLEY et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted January 12, 2015; decided January 15, 2015

Motion by National Association of Medical Examiners for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.